

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
                              :
REGINALD HARRIS,              :
                              :   09 Civ. 5193 (LAP)(KNF)
          Petitioner,         :
                              :   ORDER ADOPTING REPORT &
     v.                       :   RECOMMENDATION
                              :
JOHN LEMPKE,                  :
                              :
          Respondent.         :
                              :
------------------------------X
```



LORETTA A. PRESKA, Chief United States District Judge:

  On October 2, 2014, United States Magistrate Judge Kevin Nathaniel Fox issued a Report and Recommendation concluding that Reginald Harris' ("Petitioner") petition for a writ of habeas corpus should be DENIED. Having received no objections and finding Judge Fox's decision to be correct and appropriate upon de novo review, see Fed. R. Civ. P. 72(b), his Report and Recommendation is hereby ADOPTED.

SO ORDERED.

DATED: New York, New York
    May 4, 2015

                *Loretta A. Preska*
                LORETTA A. PRESKA
                Chief U.S. District Judge